No. 94–5674. MACK *v.* STONE, SECRETARY OF THE ARMY. C. A. 2d Cir. Certiorari denied.

No. 94–5679. MORROW *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5680. ROBLEDO-GRIMALDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5681. FLANAGAN ET UX. *v.* RESOLUTION TRUST CORPORATION ET AL. (two cases). C. A. 9th Cir. Certiorari denied.

No. 94–5682. GLEASON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5687. BUSTOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5688. BURLESON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5689. DIAZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5690. ESTEVEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5695. NELSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5698. MILWOOD *v.* MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–5708. SCHOENBORN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5710. VEGAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5711. WITTMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5715. VELASQUEZ CONTRERAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.